UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. DALE THURMAN,

    Plaintiff,

vs                                                   Case No: 05-72912
                                                   Honorable Victoria A. Roberts

PFIZER, INC.,

    Defendant.
_____/

## **JUDGMENT**

Consistent with the Court's Order and Opinion filed on October 25, 2005; **IT IS ORDERED** that Judgment is entered in favor of Defendant.

Dated at Detroit, Michigan on October 25, 2005.

                                                                   David J. Weaver
                                                                    Clerk of the Court

Approved:

                                                          BY: /s/ Linda Vertriest

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge