IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. DALE THURMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-72912 |
| | ) | Judge Victoria A. Roberts |
| -v- | ) | Mag. Judge Virginia M. Morgan |
| | ) | |
| PFIZER, INC., | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Dr. Dale Thurman and Defendant Pfizer, Inc. hereby stipulate to dismissal of this action in its entirety, with prejudice and without the assessment of attorney's fees or costs to either party, all matters in controversy between the parties having been fully compromised and resolved.

Dated: October 20, 2008

**DR. DALE THURMAN**

By: s/Thomas L. Kent

Green, Green, Adams & Kent, P.C.
900 Victors Way, Suite 370
Ann Arbor, Michigan 48108
(734) 665-4036
tom@greenkentlaw.com

**PFIZER, INC.**

By: s/Robert E. Arroyo

Robert E. Arroyo
Sara A. Weinberg
JACKSON LEWIS LLP
320 W. Ohio Street, Suite 500
Chicago, Illinois 60610
(312) 787-4949
arroyor@jacksonlewis.com
weinbers@jacksonlewis.com

Emily M. Petroski (P63336)
JACKSON LEWIS LLP
2000 Town Center, Suite 1900
Southfield, MI 48075
(248) 809-1900
petroske@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 20, 2008, he caused true and correct copies of the parties' Joint Stipulation to Dismiss Action to be filed with the Court by the Court's ECF/CM electronic filing protocols, that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.


Dated: October 20, 2008                     By:   /s/ Robert E. Arroyo
                                                  Robert E. Arroyo